IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN JAMES FOX,** | 1:08-CV-00290 LJO SMS HC |
| Petitioner, | **ORDER** |
| v. | |
| **MIKE KNOWLES, Warden,** | |
| Respondent. | |

Upon considering Respondent's request, and good cause appearing therefore, Respondent shall have until July 15, 2008, to file a response to Petitioner's application for writ of habeas corpus.

IT IS SO ORDERED.

**Dated:   June 16, 2008**          /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE

Order